PEPSICO

# SoBe Lifewater Macintosh Apple Cherry - 0 Cal - Electrolytes

**Type:** Bottles, Cans and Cartons **Size:** 20 fl oz

**Nutrition Info:**

| Serving size 8 fl oz (240 mL) Servings per 20 fl oz container: 2.5 | Per Serving | | Per Container | |
|---|---|---|---|---|
| | 8 fl oz | %DV* | 20 fl oz | %DV* |
| Calories | 0 | - | 10 | - |
| Total Fat (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) | 25 | 1 | 60 | 3 |
| Total Carbs (g) | 7 | 2 | 18 | 6 |
| Sugars (g) | 0 | - | 0 | - |
| Protein (g) | 0 | - | 0 | - |
| Vitamin A | - | 0 | - | 0 |
| Vitamin C | - | 10 | - | 25 |
| Calcium | - | 2 | - | 4 |
| Iron | - | 0 | - | 0 |
| Niacin | - | 10 | - | 25 |
| Vitamin B6 | - | 10 | - | 25 |
| Vitamin B12 | - | 10 | - | 25 |
| Pantothenic Acid | - | 10 | - | 25 |

Not a significant source of other nutrients.
*Percent Daily Values (DV) are based on a 2,000 calorie diet. Calories or nutrients shown for larger containers of some diet beverages differ from those on smaller packages due to FDA rounding rules. Be assured, our beverages are the same regardless of package size. Diet beverages contain only minimal calories and trace amounts of carbohydrates or sugars and are recognized by the FDA and the American Diabetes Association as appropriate for people with diabetes.

Calorie and nutrient values are rounded as required by the Food & Drug Administration. This can produce irregularities among sizes. Product may not be available in all areas.

**Ingredients:**

FLITERED WATER, ERYTHRITOL, CITRIC ACID, POTASSIUM LACTATE, NATURAL FLAVOR, CALCIUM LACTATE, BLACK CARROT JUICE CONCENTRATE (COLOR), CARAMEL COLOR, REB A (PURIFIED STEVIA EXTRACT), ASCORBIC ACID (VITAMIN C), MAGNESIUM LACTATE, NIACINAMIDE (VITAMIN B3), CALCIUM PANTOTHENATE (VITAMIN B5), PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), SEA SALT (SODIUM CHLORIDE), CYANOCOBALAMIN (VITAMIN B12)

www.pepsicobeveragefacts.com
Last Updated February 02, 2012



0 calories
all natural
with B vitamins
SOBE
lifewater®
B-Energy
strawberry apricot
with other natural flavors
vitamins
B3 B5 B6 B12
+ guarana and ginseng
nutrient enhanced
hydration beverage

EXHIBIT B



VERY LOW SODIUM
Nutrition Facts
Servings Per Container 2.5
Amount Per Serving
Calories 0
% Daily Value*
Total Fat 0g 0%
Sodium 25mg 1%
Total Carbohydrate 8g 3%
Sugars 0g
Protein 0g
Vitamin C 10%
Niacin 100%
Vitamin B6 100%
Vitamin B12 100%
Pantothenic Acid 100%
Not a significant source of calories from fat, saturated fat, trans fat, cholesterol, dietary fiber, vitamin A, calcium and iron.
*Percent Daily Values are based on a 2,000 calorie diet.
TREATED WATER, ERYTHRITOL, NATURAL FLAVOR, CITRIC ACID, GUARANA SEED EXTRACT, XANTHAN GUM, CALCIUM LACTATE, POTASSIUM CITRATE, REB A (PURIFIED STEVIA EXTRACT), PURPLE SWEET POTATO JUICE (COLOR), ASCORBIC ACID (VITAMIN C), NIACINAMIDE (VITAMIN B3), CALCIUM PANTOTHENATE (VITAMIN B5), PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), PANAX GINSENG ROOT EXTRACT, CYANOCOBALAMIN (VITAMIN B12).
MANUFACTURED BY SOUTH BEACH BEVERAGE CO., INC. PURCHASE, NY 10577
CAFFEINE CONTENT: 25mg/8 fl oz.
SOBE
vitamins
B3
B5
B6
B12
439A-212-0000-ED
Beverage Co. Inc.
Call 1-800-588-0548

EXHIBIT B

lifewater
B-Energy strawberry apricot
vitamins
B3
B5
B6
B12
SoBe Lifewater B-Energy
contains vitamins B3 (Niacin),
B12 which support energy
your creativity on the world.
% Daily Value*
439A-212-0000-E0
CT·ME·HI·OR 5¢ CA CRV
® and TM are trademarks of South Beach Beverage Co., Inc.
Refrigerate after opening. Recycle the lizard.
Questions or comments?
Call 1-800-588-0548 or visit www.SoBe.com
Pure Via
ALL NATURAL ZERO CALORIE SWEETENER
SoBe

EXHIBIT B

PEPSICO

# SoBe Lifewater B-Energy Strawberry Apricot - 0 Cal

**Type:** Bottles, Cans and Cartons **Size:** 20 fl oz

## Nutrition Info:

| Serving size 8 fl oz (240 mL)<br>Servings per 20 fl oz container: 2.5 | Per Serving | | Per Container | |
|---|---|---|---|---|
| | 8 fl oz | %DV* | 20 fl oz | %DV* |
| Calories | 0 | - | 10 | - |
| Total Fat (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) | 25 | 1 | 60 | 2 |
| Total Carbs (g) | 6 | 2 | 15 | 5 |
| Sugars (g) | 0 | - | 0 | - |
| Protein (g) | 0 | - | 0 | - |
| Vitamin A | - | 0 | - | 0 |
| Vitamin C | - | 10 | - | 25 |
| Calcium | - | 0 | - | 0 |
| Iron | - | 0 | - | 0 |
| Niacin | - | 100 | - | 250 |
| Vitamin B6 | - | 100 | - | 250 |
| Vitamin B12 | - | 100 | - | 250 |
| Pantothenic Acid | - | 100 | - | 250 |

Not a significant source of other nutrients.
*Percent Daily Values (DV) are based on a 2,000 calorie diet. Calories or nutrients shown for larger containers of some diet beverages differ from those on smaller packages due to FDA rounding rules. Be assured, our beverages are the same regardless of package size. Diet beverages contain only minimal calories and trace amounts of carbohydrates or sugars and are recognized by the FDA and the American Diabetes Association as appropriate for people with diabetes.

Calorie and nutrient values are rounded as required by the Food & Drug Administration. This can produce irregularities among sizes. Product may not be available in all areas.

## Ingredients:

FILTERED WATER, ERYTHRITOL, NATURAL FLAVOR, CITRIC ACID, GUARANA SEED EXTRACT, ACEROLA FRUIT EXTRACT, XANTHAN GUM, CALCIUM LACTATE, POTASSIUM CITRATE, REB A (PURIFIED STEVIA EXTRACT), PURPLE SWEET POTATO JUICE (COLOR), NIACINAMIDE (VITAMIN B3), CALCIUM PANTOTHENATE (VITAMIN B5), PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), PANAX GINSENG ROOT EXTRACT, CYANOCOBALAMIN (VITAMIN B12)

www.pepsicobeveragefacts.com
Last Updated February 02, 2012



0 calories
all natural
with B vitamins
SOBE
lifewater
B-Energy
black cherry dragonfruit
with other natural flavors
Vitamins
B3 B5 B6 B12
+ guarana and ginseng
nutrient enhanced
hydration beverage
20 FL OZ (1.25 PT) 591 mL

EXHIBIT C

lifewater®
B-Energy black cherry dragonfruit
vitamins
B3
B5
B6
B12
B vitamins help your body unlock the energy in foods. SoBe Lifewater B-Energy contains vitamins B3 (Niacin), B5 (Pantothenic Acid), B6 and B12 which support energy release so you can release your creativity on the world.
guarana and ginseng
440A-212-0000-EO
7 39510 00338 5
33000245200
CT-ME-HI-OR5¢ CA CRV
® and TM are trademarks of South Beach Beverage Co., Inc.
Refrigerate after opening. Recycle the lizard.
Questions or comments?
Call 1-800-588-0548 or visit www.SoBe.com
SoBe®
Pure Via

EXHIBIT C

PEPSICO

# SoBe Lifewater B-Energy Black Cherry Dragonfruit - 0 Cal

**Type:** Bottles, Cans and Cartons **Size:** 20 fl oz

## Nutrition Info:

| Serving size 8 fl oz (240 mL)<br>Servings per 20 fl oz container: 2.5 | Per Serving | | Per Container | |
|---|---|---|---|---|
| | 8 fl oz | %DV* | 20 fl oz | %DV* |
| Calories | 0 | - | 10 | - |
| Total Fat (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) | 25 | 1 | 60 | 2 |
| Total Carbs (g) | 8 | 3 | 19 | 6 |
| Sugars (g) | 0 | - | 0 | - |
| Protein (g) | 0 | - | 0 | - |
| Vitamin A | - | 0 | - | 0 |
| Vitamin C | - | 10 | - | 25 |
| Calcium | - | 0 | - | 0 |
| Iron | - | 0 | - | 0 |
| Niacin | - | 100 | - | 250 |
| Vitamin B6 | - | 100 | - | 250 |
| Vitamin B12 | - | 100 | - | 250 |
| Pantothenic Acid | - | 100 | - | 250 |

Not a significant source of other nutrients.
*Percent Daily Values (DV) are based on a 2,000 calorie diet. Calories or nutrients shown for larger containers of some diet beverages differ from those on smaller packages due to FDA rounding rules. Be assured, our beverages are the same regardless of package size. Diet beverages contain only minimal calories and trace amounts of carbohydrates or sugars and are recognized by the FDA and the American Diabetes Association as appropriate for people with diabetes.

Calorie and nutrient values are rounded as required by the Food & Drug Administration. This can produce irregularities among sizes. Product may not be available in all areas.

## Ingredients:

FILTERED WATER, ERYTHRITOL, CITRIC ACID, NATURAL FLAVOR, BLACK CARROT JUICE CONCENTRATE (COLOR), GUARANA SEED EXTRACT, ACEROLA FRUIT EXTRACT, XANTHAN GUM, CALCIUM LACTATE, POTASSIUM CITRATE, REB A, NIACINAMIDE, CALCIUM PANTOTHENATE, PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), PANAX GINSENG ROOT EXTRACT, CYANOCOBALAMIN (VITAMIN B12)

www.pepsicobeveragefacts.com
Last Updated February 02, 2012



0 calories
all natural
with vitamins
SOBE
lifewater
strawberry kiwi lemonade
with other natural flavors
electrolytes
B3 B5 B6 B12 C

13
EXHIBIT D



SOBE®
VERY LOW SODIUM
Nutrition Facts
Serving Size 8 fl oz (240 mL)
Servings Per Container 2.5
Amount Per Serving
Calories 0
% Daily Value*
Total Fat 0g 0%
Sodium 25mg 1%
Potassium 80mg 2%
Total Carbohydrate 6g 2%
Sugars 0g
Protein 0g
Vitamin C 10%
Calcium 2%
Niacin 10%
Vitamin B6 10%
Vitamin B12 10%
Pantothenic Acid 10%
Not a significant source of calories from fat, saturated fat, trans fat, cholesterol, dietary fiber, vitamin A and iron.
*Percent Daily Values are based on a 2,000 calorie diet.
FILTERED WATER, ERYTHRITOL, LEMON JUICE CONCENTRATE, NATURAL FLAVOR, CITRIC ACID, POTASSIUM LACTATE, CALCIUM LACTATE, BLACK CARROT JUICE CONCENTRATE (COLOR), REB A (PURIFIED STEVIA EXTRACT), MAGNESIUM LACTATE, ASCORBIC ACID
MANUFACTURED BY SOUTH BEACH BEVERAGE COMPANY, INC. PURCHASE, NY 10577
4868-212-0000-E0

EXHIBIT D

lifewater®
strawberry kiwi lemonade
vitamins
B3
B5
B6
B12
C
SoBe Lifewater® electrolytes is an all-natural beverage with vitamins, epic flavor, and zero calories. Stay hydrated. Chug on.
SOBE LIFEWATER and the Lizard Designs are trademarks of South Beach Beverage Company, Inc.
Product questions or comments?
Call 1-800-588-0548 or visit www.SoBe.com
Refrigerate after opening.
SoBe

EXHIBIT D





PEPSICO

# SoBe Lifewater Strawberry Kiwi Lemonade - 0 Cal - Electrolytes

**Type:** Bottles, Cans and Cartons **Size:** 20 fl oz

**1 % Juice**

**Nutrition Info:**

Serving size 8 fl oz (240 mL)
Servings per 20 fl oz container: 2.5

| | Per Serving | | Per Container | |
|---|---|---|---|---|
| | 8 fl oz | %DV* | 20 fl oz | %DV* |
| Calories | 0 | - | 10 | - |
| Total Fat (g) | 0 | 0 | 0 | 0 |
| Sodium (mg) | 25 | 1 | 60 | 2 |
| Total Carbs (g) | 7 | 2 | 16 | 5 |
| Sugars (g) | 0 | - | 0 | - |
| Protein (g) | 0 | - | 0 | - |
| Vitamin A | - | 6 | - | - |
| Vitamin C | - | 10 | - | 25 |
| Calcium | - | 2 | - | 4 |
| Iron | - | 0 | - | 0 |
| Niacin | - | 10 | - | 25 |
| Vitamin B6 | - | 10 | - | 25 |
| Vitamin B12 | - | 10 | - | 25 |
| Pantothenic Acid | - | 10 | - | 25 |

Not a significant source of other nutrients.
*Percent Daily Values (DV) are based on a 2,000 calorie diet. Calories or nutrients shown for larger containers of some diet beverages differ from those on smaller packages due to FDA rounding rules. Be assured, our beverages are the same regardless of package size. Diet beverages contain only minimal calories and trace amounts of carbohydrates or sugars and are recognized by the FDA and the American Diabetes Association as appropriate for people with diabetes.

Calorie and nutrient values are rounded as required by the Food & Drug Administration. This can produce irregularities among sizes. Product may not be available in all areas.

**Ingredients:**

FILTERED WATER, ERYTHRITOL, LEMON JUICE CONCENTRATE, NATURAL FLAVOR, CITRIC ACID, POTASSIUM LACTATE, CALCIUM LACTATE, BLACK CARROT JUICE CONCENTRATE (COLOR), REB A (PURIFIED STEVIA EXTRACT), MAGNESIUM LACTATE, ASCORBIC ACID (VITAMIN C), NIACINAMIDE (VITAMIN B3), CALCIUM PANTOTHENATE (VITAMIN B5), GUM ARABIC, PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), SEA SALT (SODIUM CHLORIDE), BETA CAROTENE (COLOR), CYANOCOBALAMIN (VITAMIN B12)

www.pepsicobeveragefacts.com
Last Updated February 02, 2012

## AFFIDAVIT OF DANIELLE A. STOUMBOS

I, Danielle A. Stoumbos, declare as follows:

1. I am an attorney with the law firm Finkelstein Thompson LLP, counsel for Plaintiff Charles Hairston in this action. I am admitted to practice law in California and before this Court, and am a member in good standing of the State Bar of California. This declaration is made pursuant to California Civil Code section 1780(d). I make this declaration based on my research of public records and also upon personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. Based on my research of publicly available records, Defendants South Beach Beverage Company, Inc. and PepsiCo, Inc. do business within Riverside County and Plaintiff purchased the Products within Riverside County, as alleged in the accompanying Class Action Complaint.

I declare under penalty of perjury under the laws of the United States and State of California this 16th day of February 2012 in San Francisco, California that the foregoing is true and correct.

Danielle A. Stoumbos

# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of San Francisco

On Feb. 16, 2012 before me, Mirna A. Vasquez, notary public, personally appeared Danielle A. Stoumbos,

Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that ~~he~~/she/~~they~~ executed the same in ~~his~~/her/~~their~~ authorized capacity(ies), and that by ~~his~~/her/~~their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

MIRNA A. VASQUEZ
Commission # 1937626
Notary Public - California
San Francisco County
My Comm. Expires May 21, 2015

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

**CV12- 1429 JFW (DTBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Rosemary M. Rivas
rrivas@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES HAIRSTON, on behalf of himself and all others similarly situated, PLAINTIFF(S) v. SOUTH BEACH BEVERAGE COMPANY, INC.; PEPSICO, INC., DEFENDANT(S). | CASE NUMBER CV 12 1429 -JFW(DTBx) **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ______________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Rosemary M. Rivas, whose address is Finkelstein Thompson LLP; 100 Bush Street, Suite 1450, San Francisco, CA 94104. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: FEB 21 2012

By: MARILYN DAVIS, Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CHARLES HAIRSTON, on behalf of himself and all others similarly situated.

**DEFENDANTS**
SOUTH BEACH BEVERAGE COMPANY, INC.; PEPSICO, INC.,

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Rosemary M. Rivas; rrivas@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP; 100 Bush Street, Suite 1450
San Francisco, CA 94104; (415) 398-8700

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes ☐ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ ______

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1332(d); Defendants falsely advertised their products as "all natural"

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☑ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

FORFEITURE / PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV 12 1429

**FOR OFFICE USE ONLY:** Case Number: ______

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** 2/16/12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |